No. 896. MASHAK v. PASTERNAK. Sup. Ct. Mo. Certiorari denied. *Frank Mashak,* petitioner, *pro se. Jerome F. Duggan* for respondent.

No. 867. BATTAGLIA v. UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Albert J. Krieger* and *Robert Kasanof* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson* and *Philip R. Monahan* for the United States.

No. 349, Misc. ARGO v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 464, Misc. DIXSON v. MONTANA ET AL. Sup. Ct. Mont. Certiorari denied. *Forrest H. Anderson,* Attorney General of Montana, and *James R. Beck,* Assistant Attorney General, for respondents.

No. 517, Misc. WOODS v. MICHIGAN. Sup. Ct. Mich. Certiorari denied. *Frank J. Kelley,* Attorney General of Michigan, and *Robert A. Derengoski,* Solicitor General, for respondent.

No. 576, Misc. BERRIEL v. UNITED STATES. C. A. 6th Cir. Certiorari denied. *Sheldon Otis* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.